UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCO MERLOS,

    Plaintiff,

v.

    Case No. 05-73081

    Honorable Paul D. Borman

ROYAL-WEST ROOFING & SHEET METAL, LLC.,

    Defendant.
_____/

## ORDER RESCINDING THE ORDER OF REFERENCE TO MAGISTRATE JUDGE MORGAN

**IT IS ORDERED** that the court hereby rescinds the order of reference to Magistrate Judge Morgan regarding defendant's motion to dismiss. The court will schedule a hearing before Judge Borman for **February 20, 2007 at 2:00 p.m.** on defendant's motion to dismiss and the joint motion to adjourn the trial date.

    s/Paul D. Borman
    PAUL D. BORMAN
    UNITED STATES DISTRICT JUDGE

Dated: February 7, 2008

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 7, 2008.

    s/Denise Goodine
    Case Manager